# IN THE UNITED STATES BANKRUPTCY COURT FOR THE
# WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

JENNIFER L. PAWLOS,                                          Case # 24-20553-GLT

    Debtors                                                   Chapter 13

---

JENNIFER L. PAWLOS,

    Movant(s)                                                 Related doc: 33-34
                                                              Hrg: 7/17/2024, 1:30PM
v.                                                            Responses: 6/17/2024

CAPTIAL ONE BANK (USA) N.A.,

    Respondent

## CERTIFICATE OF SERVICE OF
## MOTION TO AVOID JUDICIAL LIEN

    I, the undersigned, hereby certify under penalty of perjury that I am, and at all times hereinafter mentioned, was more than 18 years of age, and that a true and correct copy of the Debtor's Motion to Avoid Judicial Lien, Exhibit(s), proposed Order, and Scheduling Notice were served by depositing the same in the U.S. First Class Mail, Postage Prepaid and on the 30th day of May, 2024 upon: the Chapter 13 Trustee, Office of the U.S. Trustee, and by U.S. Certified Mail, restricted delivery, upon the parties below:

**Michael Ratchford, Esquire**
Edwin A. Abrahamsen & Associates PC
120 N. Keyser Avenue
Scranton, PA 18504

    Respectfully submitted,

    /s/ Christian M. Rieger
    Christian M. Rieger, Esquire
    PA: 307037
    2403 Sidney Street
    Suite 214
    Pittsburgh, PA 15203
    (412) 381-8809
    (412) 381-4594 (fax)
    criegerlaw@gmail.com

DATE: May 30, 2024