**IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

    JENNIFER L. PAWLOS,                    Case # 24-20553-GLT

             Debtors                              Chapter 13
_____

JENNIFER L. PAWLOS,

                                               Related doc: 36

             Movant(s)
    v.

STERLING JEWELERS, INC.,

             Respondent

NOTICE OF HEARING WITH RESPONSE DEADLINE
ON MOTION OF DEBTOR TO AVOID LIEN

TO THE RESPONDENT:

    You are hereby notified that the above Movant seeks an Order affecting your rights and property.

    You are further instructed to file with the Clerk and serve upon the undersigned attorney for Movant a response to the Motion no later than **JUNE 17, 2024**, i.e., seventeen [17] days after the date of the service below, in accordance with the Federal Rules of Bankruptcy Procedure, Local Rules and Procedures of this Court, and the procedures of the Presiding Judge as found on the Judge's web page at ***www.pawb.uscourts.gov***. If you fail to timely file and serve a written response, an order granting the relief requested in the Motion may be entered and the hearing may not be held. Please refer to the calendar posted on the Court's webpage to verify if a default order was signed or if the hearing will go forward as scheduled.

    You should take this to your lawyer at once.

    An in-person hearing will be held on **JULY 17, 2024 AT 1:30PM** before Judge Gregory L. Taddonio in Courtroom A, 54th Floor, US Steel Tower, 600 Grant Street, Pittsburgh, PA 15219. In accordance with Judge Taddonio's procedures, parties may apply for non-evidentiary matters remotely by utilizing the Zoom video conference platform. Parties seeking to appear remotely must register for the hearing by submitting a registration form via the link published on Judge Taddonio's website (which can be found at https://www.pawb.uscourts.gov/judge-taddonios-video-conference-hearing-information) by no later than **4PM on the business day prior** to the scheduled hearing. All parties participating remotely shall comply with Judge Taddonio's General Procedures (which can be found at http://www.pawb.uscourts.gov/sites/default/files/pdfs/glt-proc.pdf).

    Parties who fail to timely register for remote participation will be expected to attend the hearing in person.

    Only a limited time of ten (10) minutes is being provided on the calendar. No witnesses will be heard. If there is an issue of fact, an evidentiary hearing will be scheduled by the Court for a later date.

| | |
|---|---|
| <u>May 30, 2024</u><br>Date of Service |   <u>/s/Christian M. Rieger</u><br>Christian M. Rieger, Esq.-307037<br>2403 Sidney Street<br>Suite 214<br>Pittsburgh, PA 15203<br>(412) 381-8809<br>(412) 381-4594 (fax)<br>criegerlaw@gmail.com |