**IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

    JENNIFER L. PAWLOS,                Case # 24-20553-GLT

          Debtors                Chapter 13

_____

JENNIFER L. PAWLOS,

                           Related doc: 40-41
          Movant(s)        Hrg: 7/17/2024, 1:30PM
    v.                    Responses: 6/17/2024

MIDLAND FUNDING LLC,

          Respondent

**CERTIFICATE OF SERVICE OF
MOTION TO AVOID JUDICIAL LIEN**

      I, the undersigned, hereby certify under penalty of perjury that I am, and at all times hereinafter mentioned, was more than 18 years of age, and that a true and correct copy of the Debtor's Motion to Avoid Judicial Lien, Exhibit(s), proposed Order, and Scheduling Notice were served by depositing the same in the U.S. First Class Mail, Postage Prepaid and on the 30th day of May, 2024 upon: the Chapter 13 Trustee, Office of the U.S. Trustee, and by U.S. Certified Mail, restricted delivery, upon the parties below:

**Midland Funding LLC**                  **Arthur Lashin Esq.**
**ATTN: Rhonda Niner**               **Hayt Hayt & Landau LLC**
**28405 Van Dyke Avenue**            **123 S. Broad Street Suite 1660**
**Warren, MI 48093**                 **Philadelphia, PA 19109**

Respectfully submitted,

   /s/ Christian M. Rieger
Christian M. Rieger, Esquire
PA: 307037
2403 Sidney Street
Suite 214
Pittsburgh, PA 15203
(412) 381-8809
(412) 381-4594 (fax)
criegerlaw@gmail.com

DATE: May 30, 2024