**IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | |
|---|---|
| JENNIFER L. PAWLOS, | Case # 24-20553-GLT |
| Debtors | Chapter 13 |
| JENNIFER L. PAWLOS, | |
| Movant(s) | Related doc: 40-41<br>Hrg: 7/17/2024, 1:30PM |
| v. | Responses: 6/17/2024 |
| MIDLAND FUNDING LLC, | |
| Respondent | |

**CERTIFICATE OF NO OBJECTION TO
MOTION TO AVOID LIEN**

       I, the undersigned, hereby certify that, having served or caused to be served, a copy of the Motion to Avoid Lien, Exhibit(s), proposed Order, and scheduling Notice on the Respondents as shown on the Certificate of Service filed herein, and as of **June 17, 2024**, the response/objection due date, that I have received no response except _____n/a_____ .

Method of Service: Mail XX ; Specify if other:

Respectfully submitted,

    /s/ Christian M. Rieger
Christian M. Rieger, Esquire
PA: 307037
2403 Sidney Street
Suite 214
Pittsburgh, PA 15203
(412) 381-8809
(412) 381-4594 (fax)
criegerlaw@gmail.com

Date: 6/24/2024