## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

    JENNIFER L. PAWLOS,          Case # 24-20553-GLT

          Debtors          Chapter 13

_____

JENNIFER L. PAWLOS,

                     Related doc: 36-37
          Movant(s)     Hrg: 7/17/2024, 1:30PM
    v.               Responses: 6/17/2024

STERLING JEWELERS, INC.,

          Respondent

### CERTIFICATE OF NO OBJECTION TO
### MOTION TO AVOID LIEN

       I, the undersigned, hereby certify that, having served or caused to be served, a copy of the Motion to Avoid Lien, Exhibit(s), proposed Order, and scheduling Notice on the Respondents as shown on the Certificate of Service filed herein, and as of **June 17, 2024**,  the response/objection due date, that I have received no response except _____n/a_____ .

<u>Method of Service: Mail XX </u>; Specify if other:

                 Respectfully submitted,


                 ___/s/ Christian M. Rieger
                 Christian M. Rieger, Esquire
                 PA: 307037
                 2403 Sidney Street
                 Suite 214
                 Pittsburgh, PA 15203
                 (412) 381-8809
                 (412) 381-4594 (fax)
                 criegerlaw@gmail.com


<u>Date: 6/24/2024</u>