**IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | |
|---|---|
| JENNIFER L. PAWLOS, | Case # 24-20553-GLT |
| Debtors | Chapter 13 |
| JENNIFER L. PAWLOS, | |
| | Related doc: 30-31 |
| Movant(s) | Hrg: 7/17/2024, 1:30PM |
| v. | Responses: 6/20/2024 |
| CAPTIAL ONE BANK (USA) N.A., | |
| Respondent | |

**CERTIFICATE OF NO OBJECTION TO
MOTION TO AVOID LIEN**

      I, the undersigned, hereby certify that, having served or caused to be served, a copy of the Motion to Avoid Lien, Exhibit(s), proposed Order, and scheduling Notice on the Respondents as shown on the Certificate of Service filed herein, and as of **June 20, 2024**, the response/objection due date, that I have received no response except _____n/a_____ .

Method of Service: Mail XX ; Specify if other:

                                                                 Respectfully submitted,

                                                                  ___/s/ Christian M. Rieger
                                                                  Christian M. Rieger, Esquire
                                                                  PA: 307037
                                                                  2403 Sidney Street
                                                                  Suite 214
                                                                  Pittsburgh, PA 15203
                                                                  (412) 381-8809
                                                                  (412) 381-4594 (fax)
                                                                  criegerlaw@gmail.com

Date: 6/24/2024