**IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

    JENNIFER L. PAWLOS,                    Case # 24-20553-GLT

            Debtors                            Chapter 13

JENNIFER L. PAWLOS,

                                        Related doc: 33-34
            Movant(s)                 Hrg: 7/17/2024, 1:30PM
    v.                                 Responses: 6/20/2024

CAPTIAL ONE BANK (USA) N.A.,

            Respondent

**CERTIFICATE OF NO OBJECTION TO
MOTION TO AVOID LIEN**

        I, the undersigned, hereby certify that, having served or caused to be served, a copy of the Motion to Avoid Lien, Exhibit(s), proposed Order, and scheduling Notice on the Respondents as shown on the Certificate of Service filed herein, and as of **June 20, 2024**, the response/objection due date, that I have received no response except _____n/a_____ .

Method of Service: Mail XX ; Specify if other:

                                                   Respectfully submitted,

                                                   ___/s/ Christian M. Rieger
                                                 Christian M. Rieger, Esquire
                                                 PA: 307037
                                                 2403 Sidney Street
                                                 Suite 214
                                                 Pittsburgh, PA 15203
                                                 (412) 381-8809
                                                 (412) 381-4594 (fax)
                                                 criegerlaw@gmail.com

Date: 6/24/2024