# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | | | |
|---|---|---|---|---|
| In re: | : | Case No.: | 24-20553-GLT | |
| | : | Chapter: | 13 | FILED |
| Jennifer L Pawlos | : | | | 7/18/24 10:44 am |
| | : | | | CLERK |
| | : | Date: | 7/17/2024 | U.S. BANKRUPTCY |
| *Debtor(s)*. | : | Time: | 01:30 | COURT - WDPA |

## PROCEEDING MEMO

**MATTER:**   # 30 Motion to Avoid Lien with Capital One Bank (USA) NA
        # 53 - CNO filed

       # 33 Motion to Avoid Lien with Capital One Bank (USA) NA
        # 54 - CNO filed

       # 36 Motion to Avoid Lien with Sterling Jewelers Inc.
        # 52 - CNO filed

       # 40 Motion to Avoid Lien with Midland Funding LLC
        # 51 - CNO filed

**APPEARANCES**:
       Debtor:    Christian M Rieger

**NOTES:**   [1:38]

Court: Uncontested, but kept on because unclear if Debtor entitled to relief requested. Not sure if formula applied properly.

Rieger: Subsequent to the filing, had confirmation hearing. Realized afterwards that calculations are inaccurate. Two out of three creditors have not filed claims. If the Court is inclined to deny, that is okay, or can withdraw them. Will discuss recalculation with the Debtor.

**OUTCOME:**

1) For the reasons stated on the record, the *Motion to Avoid Judgment Lien Pursuant to 11 U.S.C. § 522(f)(1)(A)* [Dkt. No. 30], the *Motion to Avoid Judgment Lien Pursuant to 11 U.S.C. § 522(f)(1)(A)* [Dkt. No. 33], the *Motion to Avoid Judgment Lien Pursuant to 11 U.S.C. § 522(f)(1)(A)* [Dkt. No. 36], and the *Motion to Avoid Judgment Lien Pursuant to 11 U.S.C. § 522(f)(1)(A)* [Dkt. No. 40] are all DENIED without prejudice. [Text order].

**DATED:** 7/17/2024