FILED
8/5/24 3:41 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | ) |
| | ) Bankruptcy Case No. 24-20553-GLT |
| JENNIFER L. PAWLOS | ) |
| Debtor | ) Related to Docket Nos.  59 & 60 |
| | ) Chapter 13 |
| PEOPLES NATURAL GAS COMPANY, LLC | ) |
| Movant, | ) Hearing Date: 8/19/24 |
| vs. | ) Hearing Time: 10:00 AM |
| JENNIFER L. PAWLOS, and RONDA J. | ) |
| WINNECOUR, ESQUIRE, Trustee | ) |
| Respondents. | ) |

<u>CONSENT ORDER OF COURT</u>

AND NOW, to wit this ⎽5th Day of August⎽⎽⎽⎽⎽⎽⎽⎽⎽, 2024, come the parties, by and through their respective counsel and stipulate and consent to the entry of this Order of Court:

1.      The Court finds that the Debtor has fallen behind on her post petition gas bill since filing the instant case.

2.      A Motion for Allowance of Administrative Claim has been filed.  In this case, the Debtor has subsequently brought the account current.

3.      The instant Motion shall be dismissed without prejudice, since the debtor has cured the delinquency this time.

4.      The Debtor and the Debtor's counsel agree that if it becomes necessary to file another Motion for Allowance of Administrative Claim because of a post petition delinquency, then the post petition gas account must be included in the Chapter 13 Plan without further controversy or opposition.   There will be no exceptions.

BY THE COURT:

DATED:  August 05, 2024

Gregory L. Taddonio, Chief Judge
United States Bankruptcy Court

Consented to by:

/s/ Christian M. Rieger⎽⎽⎽⎽⎽⎽
Christian M. Rieger, Esquire
Attorney for Debtor
Pa. I.D. No. 307037
2403 Sidney Street, Suite 214
Pittsburgh, PA 15203
412-381-8809
criegerlaw@gmail.com

/s/Jeffrey R. Hunt⎽
Jeffrey R. Hunt, Esquire
Atty for Peoples Natural Gas Company, LLC
Pa. I.D. No. 90342
GRB Law
525 William Penn Place, Suite 3110
Pittsburgh, PA 15219
412-281-0587
jhunt@grblaw.com

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                    Case No. 24-20553-GLT

Jennifer L Pawlos                                                                   Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2                          User: auto                                    Page 1 of 2

Date Rcvd: Aug 05, 2024                  Form ID: pdf900                         Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 07, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jennifer L Pawlos, 1206 Merryfield Street, Pittsburgh, PA 15204-2536 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 07, 2024        Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 5, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Christian M Rieger | on behalf of Debtor Jennifer L Pawlos criegerlaw@gmail.com |
| Denise Carlon | on behalf of Creditor NATIONSTAR MORTGAGE LLC dcarlon@kmllawgroup.com |
| Jeffrey Hunt | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com |
| Joseph James Perotti, Jr | on behalf of Creditor City of Pittsburgh & City of Pittsburgh School District rmonti@grblaw.com KNicely@grblaw.com;rmonti@grblaw.com |
| Joseph James Perotti, Jr | on behalf of Creditor Pittsburgh Water and Sewer Authority rmonti@grblaw.com  KNicely@grblaw.com;rmonti@grblaw.com |
| Keri P. Ebeck | |

on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com
btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com


TOTAL: 8