## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

      JENNIFER L. PAWLOS,

          Debtor

_____

NATIONSTAR MORTGAGE, LLC,

          Movant

      v.

JENNIFER L. PAWLOS and
Ronda J. Winnecour, Esq., Trustee,

          Respondents

Case #: 24-20553-GLT

Chapter 13

Related Claim: 17

## <u>DECLARATION THAT PAYMENT IS SUFFICIENT</u>

      The undersigned hereby declares that the existing Chapter 13 payment is sufficient to fund the Plan with the modified debt as entered on the Claims Register by the Movant, <u>as the mortgage payment is paid outside the Plan by the Debtor's mother, who is a co-obligor on the Note</u>.

      Respectfully submitted,

      <u>   /s/ Christian M. Rieger</u>
      Christian M. Rieger, Esquire
      PA: 307037
      2403 Sidney Street
      Suite 214
      Pittsburgh, PA 15203
      (412) 381-8809
      (412) 381-4594 (fax)
      criegerlaw@gmail.com

<u>Date: March 19, 2025</u>