**IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

       JENNIFER L. PAWLOS,

          Debtor

_____

NATIONSTAR MORTGAGE, LLC,

          Movant

       v.

JENNIFER L. PAWLOS and
Ronda J. Winnecour, Esq., Trustee,

          Respondents

Case #: 24-20553-GLT

Chapter 13

Related Claim: 17

## DECLARATION THAT PAYMENT IS SUFFICIENT

      The undersigned hereby declares that the existing Chapter 13 payment is sufficient to fund the Plan with the modified debt as entered on the Claims Register by the Movant, <u>as the mortgage payment is paid outside the Plan by the Debtor's mother, who is a co-obligor on the Note</u>.

          Respectfully submitted,

          <u>/s/ Christian M. Rieger</u>
          Christian M. Rieger, Esquire
          PA: 307037
          2681 Sidney Street
          Pittsburgh, PA 15203
          (412) 381-8809
          criegerlaw@gmail.com

<u>Date: March 17, 2025</u>